NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TONY R. NAVARRO,                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-4966
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed April 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hendry County; James D. Sloan,
Judge.

Tony R. Navarro, pro se.

PER CURIAM.

                Affirmed.

SILBERMAN, VILLANTI and ATKINSON, JJ., Concur.